Writ of Mandamus Denied, Opinion issued November 19, 2012



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01544-CV

## IN RE MICHAEL LODISPOTO, Relator

**Original Proceeding from the 429th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 429-03660-2012**

## MEMORANDUM OPINION

Before Justices Bridges, Lang, and Fillmore
Opinion by Justice Lang

Relator contends the trial judge erred in granting a temporary injunction. The facts and issues are well known to the parties, so we need not recount them herein. Based on the record before us, we conclude relator has not shown he is entitled to the relief requested. *See* TEX. R. APP. P. 52.8(a); *Walker v. Packer*, 827 S.W.2d 833, 839-40 (Tex. 1992) (orig. proceeding). Accordingly, we **DENY** relator's petition for writ of mandamus.

_____
DOUGLAS S. LANG
JUSTICE

121544F.P05